IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH OSNESS, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | CIVIL ACTION NO. 11-3846 |
| LASKO PRODUCTS, INC., | : : : |
| Defendant. | : : |

# ORDER

**AND NOW**, this 10th day of April, 2012, upon careful consideration of defendant's motion to dismiss plaintiff's complaint (document no. 22), plaintiff's opposition thereto, defendant's reply, plaintiff's sur-reply, and the supplemental memoranda, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and plaintiff's complaint is dismissed without prejudice to plaintiff's right to file an amended complaint, if she can do so in compliance with the limits of Rule 11, within 20 days of the date of this order. Otherwise, the complaint will be dismissed with prejudice after the 20-day period has expired.

/s/William H. Yohn Jr.
William H. Yohn Jr., Judge